# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                                    )
                                                )
Construcciones Jose Carro, S.E.                 )        ASBCA No. 61930
                                                )
Under Contract No. W912EP-10-C-0039             )

APPEARANCES FOR THE APPELLANT:          G. Scott Walters, Esq.
                                        Brian S. Wood, Esq.
                                        Jacob W. Scott, Esq.
                                          Smith, Currie & Hancock LLP
                                          Washington, DC

APPEARANCES FOR THE GOVERNMENT:         Michael P. Goodman, Esq.
                                          Engineer Chief Trial Attorney
                                        Jorge R. Martinez, Esq.
                                        Bruce E. Groover, Esq.
                                          Engineer Trial Attorneys
                                          U.S. Army Engineer District, Jacksonville

## ORDER OF DISMISSAL

By letter dated February 20, 2020, appellant indicated that it wished to withdraw ASBCA No. 61930 and requested that the Board dismiss the appeal. During a teleconference with the Board on February 21, 2020, appellant confirmed that it seeks dismissal with prejudice. Respondent does not object to appellant's request. Accordingly, ASBCA No. 61930 is dismissed with prejudice from the Board's docket.

Dated: February 24, 2020

K. ELIZABETH WITWER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61930, Appeal of Construcciones Jose Caro, S.E., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2